#### William Johnson, appellee, v. Oscar W. Weeks, appellant.

Action to recover for personal injuries by being struck by towed automobile. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920.

Kramer, Kramer & Campbell, for appellant. C. E. Pope, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

#### E. A. Keller Company, appellee, v. Arthur U. Barco, appellant.

Action to recover damages for fraud and deceit in sale of automobile. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920.

Eaton, Hiles & Simpson and Newell & Brown, for appellant. Geers & Geers, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

#### C. Henry Foreman, appellee, v. Herrin & Southern Railroad Company and Chicago, Burlington & Quincy Railroad Company, appellants.

Action to recover damages for loss of property by fire communicated by railroad locomotive. Judgment for plaintiff. Appeal from the Circuit Court of Massac county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Courtney, Helm & Helm, for appellants; J. A. Connell, of counsel. H. A. Evans, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

#### Bettie Wolf, appellee, v. Pete Rankel et al., appellants.

Action to recover damages for loss of support because of sale of intoxicating liquor to plaintiff's husband. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. Charles H. Miller, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920.

J. A. Logan and W. P. Seeber, for appellants. R. E. Smith and N. I. Glenn, for appellee.

Mr. Justice Higbee delivered the opinion of the court.